# 11074055

**FORM B1** **UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

**Voluntary Petition**

| Name of debtor (if individual, enter Last, First, Middle)<br>**SELL, SCOTT** | Name of Joint Debtor (Spouse)(Last, First, Middle)<br>**MOLINO SELL, RITA** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): d/b/a STEP BY STEP DAYCARE | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>As a Shareholder, Officer and Director Step By Step Daycare Inc.<br>a/k/a RITA TIDESWELL |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-6043 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-9416 |
| Street Address of Debtor (No., St, City, State, & Zip Code)<br>36 Chestnut Hill Lane South<br>Williamsville, NY 14221 | Street Address of Joint Debtor (No., St., City, State & Zip)<br>36 Chestnut Hill Lane South<br>Williamsville, NY 14221 |
| County of Residence or of the Principal Place of Business: Erie | County of Residence or of the Principal Place of Business: Erie |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

04-14041

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue:** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

[X] Individual(s) [] Railroad
[] Corporation [] Stockbroker
[] Partnership [] Commodity Broker
[] Other ____________

**Chapter or Section of Bankruptcy Code Under Which the Petition is filed** (Check one box)

[X] Chapter 7 [] Chapter 11 [] Chapter 13
[] Chapter 9 [] Chapter 12
[] Sec. 304- Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

Consumer/Non-Business X Business

**Filing Fee** (Check one box)

[X] Full Filing Fee attached

[] Filing Fee to be paid in installments (Applicable to individuals only) Must attached signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(e). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

[] Debtor is a small business as defined in 11 U.S.C. § 101

[] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)(Optional)

**Statistical/Administrative Information** (estimates only)

[] Debtor estimates that funds will be available for distribution to unsecured creditors.

[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED 04 MAY 28 PM 2:29 U.S. BANKRUPTCY COURT W.D.N.Y. - BUFFALO

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [] | [] | X | [] | [] | |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [] | [] | X | [] | [] | [] | [] | |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [] | [] | [] | X | [] | [] | [] | |

Form Published by: Law Disks, 734 Franklin Avenue, Garden City, NY 11530

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X [signature]
Signature of Debtor SCOTT SELL

X [signature]
Signature of Joint Debtor RITA MOLINO SELL

Telephone Number (If not represented by attorney)

May 14 2004
Date

### Signature of Attorney

X [signature]
Signature of Attorney for Debtor(s)
JOHN H. RING III
Printed Name of Attorney for Debtor(s) Bar ID Number
JOHN H. RING III
Firm Name
360 Dingens Street
Address Buffalo, NY 14206
(716) 826-0770
Telephone Number
May 14 2004
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X [signature] May 14 2004
Signature of Attorney for Debtor(s) JOHN H. RING III Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers excercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the third column labeled "Husband, Wife, Joint or Community." if the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 36 Chestnut Hill Lane South Williamsville, New York | | H | 165,000.00 | 159,000.00 |
| 167 Louis Street Cheektowaga, New York | | W | 72,000.00 | 95,000.00 |
| | | | 237,000.00 | TOTAL |

SCHEDULE B— PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G— Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY<br>Col A | NONE<br>Col B | DESCRIPTION AND LOCATION OF PROPERTY<br>Col. C | HUSB. WIFE JOINT COMM.<br>Col D | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION (Col F) |
|---|---|---|---|---|---|
| 1. Cash on hand. | 1b. | 1c. | 1d. | 1 | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | 2b. X | 2c. | 2d. H | 2 | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | 3b. X | 3c. | 3d. | 3 | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | 4b. | 4c. 36 Chestnut Hill Lane South Williamsville, New York | 4d. | 4 | 2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | 5b. X | 5c. | 5d. | 5 | |
| 6. Wearing apparel. | 6b. | 6c. 36 Chestnut Hill Lane South | 6d. | 6 | |
| 7. Furs and jewelry. | 7b. | 7c. Williamsville, New York | 7d. | 7 | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | 8b. X | 8c. | 8d. | 8 | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | 9b. X | 9c. | 9d. | 9 | |
| 10. Annuities. Itemize and name each issuer. | 10b. X | 10c. | 10d. | 10 | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | 11b. X | 11c. | 11d. | 11 | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | 12b. | 12c. Step By Step Daycare Inc. Defunct | 12d. | 12 | -0- |
| 13. Interests in partnerships or joint ventures. Itemize. | 13b. X | 13c. | 13d. | 13 | |

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | | Current Market Value |
|---|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | 14b. X | 14c. | 14d. | 14 | |
| 15. Accounts receivable. | 15b. X | 15c. | 15d. | 15 | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | 16b. | 16c. Child Support - nothing owed for back child support | 16d. | 16 | -0- |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | 17b. X | 17c. | 17d. | 17 | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | 18b. X | 18c. | 18d. | 18 | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | 19b. X | 19c. | 19d. | 19 | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | 20b. X | 20c. | 20d. | 20 | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | 21b. X | 21c. | 21d. | 21 | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | 22b. X | 22c. | 22d. | 22 | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 23b. | 23c. 1996 Nissan Sentra<br>2000 Chevrolet Ventura | 23d. | 23 | 500.00<br>10,000.00 |
| 24. Boats, motors, and accessories. | 24b. X | 24c. | 24d. | 24 | |
| 25. Aircraft and accessories. | 25b. X | 25c. | 25d. | 25 | |
| 26. Office equipment, furnishings, and supplies. | 26b. X | 26c. | 26d. | 26 | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | 27b. X | 27c. | 27d. | 27 | |
| 28. Inventory. | 28b. X | 28c. | 28d. | 28 | |
| 29. Animals. | 29b. X | 29c. | 29d. | 29 | |
| 30. Crops— growing or harvested. give particulars. | 30b. X | 30c. | 30d. | 30 | |
| 31. Farming equipment and implements. | 31b. X | 31c. | 31d. | 31 | |
| 32. Farm supplies, chemicals, and feed. | 32b. X | 32c. | 32d. | 32 | |
| 33. Other personal property of any kind not already listed. Itemize. | 33b. X | 33c. | 33d. | 33 | |
| -0- continuation sheets attached | | | Total | $ | **13,700.00** |

Include amounts from any continuation sheets attached.
Report also on Summary of Schedules.

SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:

[ ] 11 U.S.C. §522(d)(1) Federal exemptions provided in 11 U.S.C. §522(d). Note: these exemptions are available *only in certain states*.
[ ] 11 U.S.C. §522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local laws where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law. Specifically, debtor selects the exemptions of the state of:

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 36 Chestnut Hill Lane South Williamsville, New York | CPLR Art. 52 | 10,000.00 | 165,000.00 |
| 1996 Nissan Sentra | D & C §282 | 2,400.00 | 500.00 |
| 2000 Chevrolet Ventura | D & C §282 | 2,400.00 | 10,000.00 |
| Household Goods, Clothes and Jewelry | CPLR Art. 52 | 10,000.00 | 3,000.00 |

SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community" (Abbreviated: H,W,J,C).

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is Disputed, place an "X" in the column labeled Disputed. You may need to place an X in more than one of these three columns.

Report the total of all claims listed on this Schedule D in the box labeled "Total" on the last sheet of the completed Schedule. Report this total also on the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion If Any |
|---|---|---|---|---|---|---|---|---|
| Acct No: 005940460<br>CountryWide Home Loans<br>P.O. Box 660694<br>Dallas, TX 75266 | | | Mortgage<br>2000<br>36 Chestnut Hill Lane South<br>Williamsville, NY | | | | 148,406.00 | -0- |
| Acct No: 642100-00-104985-9<br>Household Finance Corporation<br>P.O. Box 17574<br>Baltimore, MD 21297 | | | 2002<br>36 Chestnut Hill Lane South<br>Williamsville, NY | | | | 84,488.00 | -0- |
| Acct No: 642100-26-117463-7<br>Household Finance Corporation<br>P.O. Box 17574<br>Baltimore, MD 21297 | | | 2002<br>36 Chestnut Hill Lane South<br>Williamsville, NY | | | | 10,045.00 | -0- |
| Acct No:<br>Erie County Tax Department<br>Room 100<br>95 Franklin Street<br>Buffalo, NY 14202 | | | 2003 - Tax<br>167 Louis Street<br>Cheektowaga, NY | | | | 5,531.00 | -0- |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Acct No: 004 6475-17111<br>GMAC Payment Processing Center<br>P.O. Box 51014<br>Carol Stream, IL 60125-1014 | | | 2000 Chevrolet Ventura | | | | 10,000.00 | -0- |
| Acct No: 1200 49328387<br>American General Finance<br>Sheridan Eggert Center<br>2925 Sheridan Drive<br>Tonawanda, NY 14150 | | | Second Mortgage<br>36 Chestnut Hill Lane<br>South<br>Williamsville, NY | | | | 10,920.00 | -0- |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| | | | | | | | 269,390.00 | TOTAL |

(Report total also on Summary of Schedules)

SCHEDULE E— CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

TYPES OF PRIORITY

[ ] Extensions of credit in an involuntary case.

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. 507(a)(2).

[ ] Wages, salaries, and commissions

Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(3).

[ ] Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original business, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(4).

[ ] Certain farmers and fishermen

Claims of certain farmers and fishermen, up to a maximum of $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. 507(a)(5).

[ ] Deposits by individuals

Claims of individuals up to a maximum of $1,800* for deposits for the purchase, lease, rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. 507(a)(6).

[ ] Alimony, Maintenance or Support

Claims of a spouse, former spouse, or child of the debtor for Alimony, Maintenance or Support, to the extent provided in 11 U.S.C. 507(a)(7).

X Taxes and certain other debts owed to governmental units

Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(8).

[ ] Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. 507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced after the date of

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced after the date of adjustment.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred, and Consideration for Claim | CONTINGENT | UNLIQUIDATED | DISPUTED | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Acct No:<br>Internal Revenue Service<br>Andover, MA 05501 | | | 941<br>2100 | | | D | 78,921.00 | 78,921.00 |
| Acct No:<br>New York State<br>W.A. Harriman Campus<br>Albany, NY 12227 | | | Income Tax<br>2002 | | | D | 1,614.00 | 1,614.00 |
| Acct No:<br>Internal Revenue Service<br>Andover, MA 05501 | | | 1040<br>2002 | | | D | 575.00 | 575.00 |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| | | | | | | | 81,110.00 | TOTAL |

(Report total also on Summary of Schedules)

SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address,, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or property of the debtor, as of the date of the filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use continuation sheets.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred And Consideration for Claim If Claim is Subject to Setoff, so State | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Acct No: 38073765<br>Melaleuca<br>3910 S. Yellowstone Highway<br>Idaho Falls, Idaho 83402 | | | 2004 | | | | 45.00 |
| Acct No:<br>Commercial Credit Counseling Services<br>95 Route 17 South - Suite 310<br>Paramus, New Jersey 07652 | | | 2000-2004<br>Credit Counseling Service | | | D | 1 And No More |
| Acct No:<br>CIR Electrical Construction Corp.<br>2750 Kenmore Avenue<br>Tonawanda, NY 14150 | | | Business Debt<br>June 16, 2003 | | | | 1,881.00 |
| Acct No:<br>Piotrowski Builders<br>38 Cove Creek Run<br>West Seneca, NY 14224 | | | Landlord To Business<br>2001-2004 | | | | 14,700.00 |
| Acct No:<br>Talking Phone Book<br>1945 Sheridan Drive<br>Buffalo, NY 14223 | | | Telephone Book<br>2003-2004 | | | | 3,205.00 |
| Acct No: 14221STPBY34408<br>LTD Commodities LLC<br>P.O. Box 702<br>Bannockburn, IL 60015 | | | Business Debt<br>2002-2003 | | | | 665.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No: 4327470000511314<br>Juniper Bank<br>P.O. Box 8833<br>Wilmington, DE 19899 | | | Credit Card<br>2000-2004 | | | | 10,465.00 |
| Acct No: 1394029<br>The Yellow Pages<br>P.O. Box 670528<br>Houston, TX 77267 | | | Telephone Listing<br>2004 | | | | 184.00 |
| Acct No: 15601100<br>Crystal Rock Bottled Water<br>P.O. Box 10028<br>Waterbury, CT 06725 | | | Water Service<br>2003-2004 | | | | 323.00 |
| Acct No:<br>Super Coups Of WNY<br>4232 Ridge Lea Road - Suite 22<br>Amherst, NY 14226 | | | Mailers<br>2003-2004 | | | | 700.00 |
| Acct No: 686388327<br>Cingular Wireless<br>P.O. Box 17496<br>Baltimore, MD 21297 | | W | Telephone Service<br>2002-2004 | | | | 1,315.00 |
| Acct No: 5433-3900-0483-4330<br>Household Credit Services<br>P.O. Box 17051<br>Baltimore, MD 21297 | | H | Credit Card<br>2000-2004 | | | | 2,390.00 |
| Acct No: 5753166-08<br>National Fuel Gas<br>P.O. Box 4103<br>Buffalo, NY 14264 | | W | Gas Bill<br>2000-2004 | | | | 520.00 |
| Acct No: 89-310-16-031400-35<br>NYSEG<br>P.O. Box 5550<br>Ithaca, NY 14852 | | W | Electric Bill<br>2004 | | | | 114.00 |
| Acct No: 67436-93116<br>Niagara Mohawk<br>300 Erie Boulevard West<br>Syracuse, NY 13252 | | W | 2003-2004 | | | | 821.00 |
| Acct No: 001-0533476-000*4<br>Lease Finance Group A Division Of CIT<br>233 North Michigan Avenue, Suite 1800<br>Chicago, IL 60601 | | W | Lease<br>2003-2004 | | | | 900.00 |
| Acct No:<br>LensCrafters<br>P.O. Box 710135<br>Cincinnati, OH 45271 | | H | Examination<br>2003-2004 | | | | 35.00 |
| Acct No: 716 639 0550 222 269<br>Verizon<br>P.O. Box 15071<br>Albany, NY 12212 | | W | 2004<br>Telephone Service | | | | 133.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No: 6035 3220 0472 7362<br>Home Depot Credit Services<br>P.O. Box 6029<br>The Lakes, NV 88901 | | | Store Charge<br>2001-2004 | | | | 2,050.00 |
| Acct No: 3399456<br>Choice One Communications<br>P.O. Box 1927<br>Albany, NY 12201 | | | Telephone Service<br>2004 | | | | 90.00 |
| Acct No: 58063<br>Clipper Magazine<br>3708 Hempland Road<br>P.O. Box 610<br>Mountville, PA 17554 | | | Coupons<br>2003-2004 | | | | 690.00 |
| Acct No: 7166752872<br>Mid American Specialties<br>P.O. Box 382127<br>Germantown, TN 38183 | | | January 9, 2003 to<br>August 22, 2003 | | | | 117.00 |
| Acct No:<br>Womens & Childrens Hospital<br>P.O. Box 2330<br>Buffalo, NY 14240 | | | Medical Services<br>2004 | | | | 448.00 |
| Acct No:<br>Millard Fillmore Hospital<br>P.O. Box 2330<br>Buffalo, NY 14240 | | | Medical Services<br>2003 | | | | 1,291.00 |
| Acct No:<br>Overton, Russell & Doerr<br>P.O. Box 437<br>Clifton Park, NY 12065 | | | Duplicate | | | | |
| Acct No:<br>Klub House, Inc. d/b/a Quality Day Care<br>Child Development Center<br>445 Evans Road<br>Williamsville, NY 14221 | | | Judgment<br>April 2, 2004 | | | | 54,815.00 |
| Acct No:<br>Thomas P. Cunningham, Esq.<br>1600 Liberty Building<br>Buffalo, NY 14202 | | | Duplicate | | | | |
| Acct No: 152595<br>University Ophthalmology (Pediatric)<br>P.O. Box 3378<br>Buffalo, NY 14240 | | | Medical Services<br>2003-2004 | | | | 192.00 |
| | | | | | | | |

(Report total also on Summary of Schedules)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No: 4388-6417-8796-2054<br>Capital One Bank<br>P.O. Box 85147<br>Richmond, VA 23276 | | | Credit Card<br>2000-2004 | | | | 2,712.00 |
| Acct No: 4305-7221-0926-4294<br>Capital One Bank<br>P.O. Box 85147<br>Richmond, VA 23276 | | | Credit Card<br>2000-2004 | | | | 1,022.00 |
| Acct No:<br>Retriever Payment Systems<br>16604 S. 107th Ct.<br>Orland Park, IL 60467 | | | 2004 | | | | 500.00 |
| Acct No: 5477 5389 2024 0019<br>Advanta Bank Corp.<br>P.O. Box 8088<br>Philadelphia, PA 19101 | | | Business Debt<br>1999-2004 | | | | 18,305.00 |
| Acct No: 4862-3622-3620-2969<br>Capital One Bank<br>P.O. Box 85147<br>Richmond, VA 23276 | | | Credit Card<br>2000-2004 | | | | 1,006.00 |
| Acct No: 641206-00-388947-2<br>Household Finance Corporation<br>P.O. Box 17574<br>Baltimore, MD 21297 | | | Credit Card<br>2000-2004 | | | | 11,108.00 |
| Acct No: 2600219-6755321<br>Radiology Associates Of Buffalo<br>P.O. Box 1333<br>Buffalo, NY 14240 | | | Medical Services<br>2003 | | | | 23.00 |
| Acct No: 4427100019855191<br>Bank Of America<br>P.O. Box 2278<br>Norfolk, VA 23501 | | | Credit Card<br>2000-2004 | | | | 6,065.00 |
| Acct No: 20003704780702<br>Chase Processing Center<br>P.O. Box 650480<br>Dallas, TX 75265 | | | Loan<br>2001 | | | | 4,850.00 |
| Acct No: 6011 0022 5033 1758<br>Discover Card<br>P.O. Box 15251<br>Wilmington, DE 19886 | | | Credit Card<br>2001-2004 | | | | 5,623.00 |
| Acct No: 4875WO<br>Paul J. Wopperer, MD PC<br>5214 Main Street<br>Williamsville, NY 14221 | | | Medical Services<br>2002 | | | | 10.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No:<br>Evelyn Whitaker<br>RD 5 Box 129B<br>Tyrone, PA 16686 | | | Business Loan<br>2001 | | | | 17,500.00 |
| Acct No:<br>Laura Molino<br>99 Fox Chapel<br>Orchard Park, NY 14127 | | | Business Loan<br>2001 | | | | 30,000.00 |
| Acct No:<br>Tracy Iacono<br>25 Chatham Court<br>Orchard Park, NY 14127 | | | Business Loan<br>2001 | | | | 17,250.00 |
| Acct No:<br>Household Finance Corporation<br>c/o Woods, Oviatt Gilman LLP<br>700 Crossroads Building - 2 State Street<br>Rochester, NY 14614 | | | Duplicate | | | | |
| Acct No:<br>Key Bank National Association<br>4910 Tiedeman Road<br>Brooklyn, OH 44144 | | | Judgment<br>2001 | | | | 8,000.00 |
| Acct No:<br>Melvin & Melvin, PLLC<br>217 South Salina Street<br>Syracuse, NY 13202 | | | Duplicate | | | | |
| Acct No: 6811<br>Amherst Dental Group<br>777 Hopkins Road<br>Williamsville, NY 14221 | | | Dental Services<br>2003 | | | | 600.00 |
| Acct No:<br>Highlights For Children<br>1800 Watermark Drive<br>P.O. Box 269<br>Columbus, Ohio 43216 | | | Magazine<br>2003 | | | | 21.00 |
| Acct No:<br>Lisa Piotrowski<br>92 East & West Road<br>West Seneca, NY 14224 | | | Business Loan<br>2001 | | | | 17,200.00 |
| Acct No: 5491130083648139<br>Citi Cards<br>P.O. Box 45165<br>Jacksonville, FL 32232 | | | Credit Card<br>1998-2004 | | | | 13,438.00 |
| Acct No:<br>Rural Metro<br>481 William Gaiter Parkway<br>Buffalo, NY 14215 | | | Medical Services<br>December 30, 2003 | | | | 656.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No: 063955-00<br>University Of Buffalo Neurosurgery, Inc.<br>Dept. 883 - P.O. Box 8000<br>Buffalo, NY 14267 | | | Medical Services<br>2003 | | | | 164.00 |
| Acct No: 5407-9150-0109-7374<br>Household Credit Services<br>f/n/a Orchard Park<br>P.O. Box 98715<br>Las Vegas, NV 89193 | | | Credit Card<br>2000-2004 | | | | 1,612.00 |
| Acct No:<br>Monogram Credit Card Bank Of Georgia<br>5775 Glenridge Drive<br>Atlanta, GA 30328 | | | Credit Card<br>2000-2004 | | | | 1,226.00 |
| Acct No:<br>Sharinn & Lipshie, P.C.<br>200 Garden City Plaza - Suite 506<br>Garden City, NY 11530 | | | Duplicate | | | | |
| Acct No:<br>English Park, LLC<br>c/o Clover Management, Inc.<br>1430 Millersport Highway<br>Williamsville, NY 14221 | | | Rent<br>2004 | | | | 12,922.00 |
| Acct No:<br>Mindy L. Marranca, Esq.<br>43 Court Street - Suite 930<br>Buffalo, NY 14202 | | | Attorney's Fees<br>2004 | | | | 1 And No More |
| Acct No: 30743505-1<br>Erie County Water Authority<br>350 Ellicott Square Building<br>P.O. Box 5148<br>Buffalo, NY 14240 | | | Water Bill<br>2004 | | | | 78.00 |
| Acct No:<br>Sisters Of Charity Hospital<br>2157 Main Street<br>Buffalo, NY 14214 | | | Medical Services<br>2004 | | | | 75.00 |
| Acct No:<br>Christopher Chiropractic Center<br>c/o Siegel, Kelleher & Kahn<br>420 Franklin Street<br>Buffalo, NY 14202 | | | Medical Services<br>2003 | | | | 108.00 |
| Acct No: 5491 1300 8364 8139<br>AT&T Universal Card<br>P.O. Box 8117<br>S. Hackensack, NJ 07606 | | | Credit Card<br>2000-2004 | | | | 13,438.00 |
| Acct No: 2171945-6454634<br>Kaleida Radiologists<br>P.O. Box 32301<br>Hartford, CT 06150 | | | Medical Services<br>2003 | | | | 125.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No:<br>Leisure Craft Pools<br>2 Lancaster Parkway<br>Lancaster, NY 14086 | | | 2003 | | | | 394.00 |
| Acct No:<br>Derrick Enderby<br>4765 Boncrest Drive East<br>Williamsville, NY 14221 | | | Small Claims Judgment<br>2004 | | | | 690.00 |
| Acct No: 779156196<br>HSBC Bank USA<br>P.O. Box 2103<br>Buffalo, NY 14240 | | | Overdraft<br>2004 | | | | 64.00 |
| Acct No: 7824 1491 0240 5226<br>HSBC Bank USA<br>P.O. Box 37278<br>Baltimore, MD 21297 | | | Credit Card<br>2000-2004 | | | | 1,260.00 |
| Acct No: 9102405226<br>HSBC Bank USA<br>P.O. Box 4215<br>Buffalo, NY 14240 | | | Credit Card<br>2000-2004 | | | | 500.00 |
| Acct No: D0011778989<br>HSBC Bank USA<br>P.O. Box 2103<br>Buffalo, NY 14240 | | | Credit Card<br>2000-2004 | | | | 6,465.00 |
| Acct No:<br>Scholastic, Inc.<br>c/o RMCB<br>P.O. Box 1234<br>Elmsford, NY 10523 | | | Books<br>2004 | | | | 26.00 |
| Acct No: 210709895<br>St. Joseph Hospital<br>2605 Harlem Road<br>Cheektowaga, NY 14225 | | | Medical Services<br>2002 | | | | 127.00 |
| Acct No: 1223326<br>Windsong Radiology, P.C.<br>55 Sprindrift Drive<br>Williamsville, NY 14221 | | | Medical Services<br>2004 | | | | 20.00 |
| Acct No:<br>FreshBake Co.<br>1070 Clinton Street<br>Buffalo, NY 14206 | | | Business Debt<br>2003-2004 | | | | 600.00 |
| Acct No:<br>Womens & Childrens Hospital OP<br>P.O. Box 2330<br>Buffalo, NY 14240 | | | Medical Services<br>2003 | | | | 50.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No:<br>James Butters Psy.D<br>37 S. Cayuga Road<br>Williamsville, NY 14221 | | | Medical Services<br>2004 | | | | 125.00 |
| Acct No:<br>Kirby Center Of Erie County<br>4640 Broadway<br>Depew, NY 14043 | | | 2003 | | | | 700.00 |
| Acct No:<br>MFHS Physicians' Emergency Service P.C.<br>P.O. Box 8000 - Dept. 744<br>Buffalo, NY 14267 | | | Medical Services<br>2003 | | | | 130.00 |
| Acct No:<br>Franklin Credit Management Corp.<br>P.O. Box 197<br>East Liverpool, OH 43920 | | | Duplicate Of<br>Juniper Bank | | | | |
| Acct No:<br>Brian N. Lewandowski, Esq.<br>721 Center Road<br>West Seneca, NY 14224 | | | Attorney's Fees<br>2003 | | | | 2,000.00 |
| Acct No:<br>Moss & Sullivan, Inc.<br>2805 Wehrle Drive - Suite 11<br>Williamsville, NY 14221 | | | 2003 | | | | 104.00 |
| Acct No:<br>Awnings Plus<br>553 River Road<br>North Tonawanda, NY 14120 | | | Awnings<br>2003 | | | | 229.00 |
| Acct No:<br>Better Results Inc.<br>c/o CCC Of NY<br>P.O. Box 740<br>Buffalo, NY 14217 | | | 2003 | | | | 2,182.00 |
| | | | | | | | 299,394.00 |

(Report total also on Summary of Schedules)

SCHEDULE G— EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e, "Purchaser," "Agent" etc. State whether the debtor is lessor or lessee of a lease.

Provide the name and complete mailing address of all other parties to each lease or contract described.

NOTE: a party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

| Name and Mailing Address, including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential real property. State Contract Number of any Government Contract |
|---|---|
| NONE | |

SCHEDULE H— CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse in this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of the case.

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
| NONE | |

SCHEDULE I— CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| | Names | Age | Relationship |
| Married | Christopher | 7 | Son |
| | Ryan | 12 | Son |
| | Scott | 2 | Son |

| EMPLOYMENT: | Debtor | Spouse |
|---|---|---|
| Occupation, Name of Employer: | Eagle Systems Inc. - Technician | Unemployed |
| How long employed: | 15 Years | |
| Address of employer: | Harlem Road, Cheektowaga, New York | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (Pro rate if not paid monthly) | 2,634.60 | |
| Estimated monthly overtime | | |
| SUBTOTAL | 2,634.60 | 0.00 |
| LESS PAYROLL DEDUCTIONS<br>a. Payroll taxes and Social Security | 396.74 | |
| b. Insurance - Flex Health | 294.20 | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | 690.94 | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 1,943.66 | 0.00 |
| Regular income from operation of business/profession/farm (attach statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance, or support payments payable to the debtor for the debtor's use or that of the dependents listed above - Child Support | | 900.00 |
| Social security or other governmental assistance Specify: | | |
| Pension or retirement income | | |
| Other monthly income (Specify): | | |
| TOTAL MONTHLY INCOME | 1,943.66 | 900.00 |

TOTAL COMBINED MONTHLY INCOME 2,843.66 (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

## SCHEDULE J— CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

| Item | Amount |
|---|---|
| Rent, home mortgage, or mobile-home lot rent | 1,703.01 |
| Are real estate taxes included? Yes X No _____ | |
| Is property insurance included? Yes X No _____ | |
| Utilities | |
| Electricity and heating fuel | 270.00 |
| Water and sewer | 60.00 |
| Telephone | 55.00 |
| Other utilities: Cable | 50.00 |
| Home Maintenance, repairs, upkeep | 125.00 |
| Food | 500.00 |
| Clothing | 90.00 |
| Laundry, dry cleaning | 50.00 |
| Medical and dental expenses | 400.00 |
| Transportation (not including car payments) | 200.00 |
| Recreation, clubs, entertainment, newspapers, magazines | |
| Charitable contributions | |
| Insurance (not deducted from wages or inc. in mortgage pmt) | |
| Homeowner's or renter's | |
| Life | |
| Health | |
| Auto | 129.00 |
| Other insurance: | |
| Taxes (not deducted from wages or included in home mortgage) Specify: | |
| Installment payments (in Chapters 12 and 13, do not list payments to be included in the plan) | |
| Auto payment: | 311.00 |
| Other payment: | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at the debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other expenses: | |
| TOTAL MONTHLY EXPENSES (report also on Summary of Schedules) | 3,943.01 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: , Debtor(s) Case No.

STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, must also complete Questions 19-25. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

Definitions

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self employed.

*"Insider.* "The term "insider" includes but is not limited to: relatives of the debtor, general partners of the debtor and their relatives; corporations of which the debtor is an officer, director or person in control; officers, directors, and persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

AMOUNT SOURCE (if more than one)

2004 - $14,400.00 (estimated)
2003 - $43,000.00 (estimated)

2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment trade or profession, or operation of the debtor's business during the two years immediately preceding the commencement of the case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

AMOUNT SOURCE

2003 - $10,800.00 (estimated) Child Support Ex-Husband
2004 - $ 3,600.00 (estimated) Child Support Ex-Husband

3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must state payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

NONE

4. Suits and administrative proceedings, executions, garnishments and executions

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT/AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

There are many Judgments against the Debtors. Will amend after Judgment Search

b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

NONE

5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to a seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE, SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

NONE

6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

NONE

b. List all property in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME, LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION, VALUE OF PROPERTY |
|---|---|---|---|

NONE

7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

NONE

8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

NONE

9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR, IF OTHER THAN DEBTOR | AMOUNT OF MONEY, OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

John H. Ring III - $800.00
Filing Fee - $209.00

10. Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND RELATIONSHIP OF TRANSFEREE; RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

NONE

11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations and brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT; AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Charter One Bank | Negative Balance | May, 2004 |
| Prudential Insurance | $1,100.00 for Payroll | April, 2004 |

12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER INSTITUTION | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

NONE

13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

NONE

14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

NONE

**15. Prior Address of Debtor**

None

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None [X]

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None [ ]

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| Step By Step Daycare Inc. | | 344 Harris Hill Road Williamsville, NY 14221 | Daycare | September 1, 2000 April, 2004 |

None [X]

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Rita Molino Sell<br>36 Chestnut Hill Lane South<br>Williamsville, NY 14221 | 2000-2004 |

None ☒ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☒ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☒ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Rita Molino Sell<br>36 Chestnut Hill Lane South<br>Williamsville, NY 14221 | | 100 percent |

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION LAST FOUR DIGITS OF TAXPAYER IDENTIFICATION NUMBER

---

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND LAST FOUR DIGITS OF TAXPAYER IDENTIFICATION NUMBER

---

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date May 14 2004

Signature of Debtor SCOTT SELL

Date May 14 2004

Signature of Joint Debtor (if any) RITA MOLINO SELL

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ______________________ Signature ______________________

______________________
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

______________________
Printed or Typed Name of Bankruptcy Petition Preparer

______________________
Social Security No. (Required by 11 U.S.C. § 110(c).)

______________________

______________________
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X ______________________
Signature of Bankruptcy Petition Preparer

______________________
Date

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:
Debtor(s)                                                  Case No:

SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, C, D, E, F, G, H, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED | NO. SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A — Real Property | Yes | 1 | 237,000.00 | | |
| B — Personal Property | Yes | 2 | 13,700.00 | | |
| C — Property Claimed as Exempt | Yes | 1 | | | |
| D — Creditors Holding Secured Claims | Yes | 2 | | 269,390.00 | |
| E — Creditors Holding Unsecured Priority Claims | Yes | 2 | | 81,110.00 | |
| F — Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 299,394.00 | |
| G — Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H — Codebtors | Yes | 1 | | | |
| I — Current Income of Individual Debtor(s) | Yes | 1 | | | 2,843.66 |
| J — Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,943.01 |
| | Total number of sheets in all Schedules ▸ | 20 | | | |
| | | Total Assets ▸ | 250,700.00 | | |
| | | | Total Liabilities ▸ | 649,894.00 | |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 20 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date May 14 2004 Signature ____________________
SCOTT SELL

Date May 14 2004 Signature ____________________
RITA MOLINO SELL
(In joint case, both debtors must sign)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, the __________________ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _________________ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that I declare that they are true and correct to the best of my knowledge, information and belief.

Date _______ ____________________________
Signature

____________________________
(Print or type the name of individual signing for debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re ,

Debtor(s) Case No.

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered.*

Description of Property — Creditor's name

NONE

*b. Property to Be Retained.* *[Check any applicable statement]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 36 Chestnut Hill Lane South Williamsville, New York | CountryWide Home Loans | | | |
| 36 Chestnut Hill Lane South Williamsville, New York | Household Finance Corporation | | | |
| 167 Louis Street Cheektowaga, New York | Erie Conty Tax Department | | | |
| 2000 Chevrolet Ventura | GMAC Payment Processing Center | | | |
| 36 Chestnut Hill Lane South Williamsville, New York | American General Finance | | | |

Date: May 14 2004 — SCOTT SELL

Date: May 14 2004 — RITA MOLINO SELL

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re

Debtor(s) Case No:

DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. 329
AND BANKRUPTCY RULE 2016(b)

I certify that I am the attorney for the above named debtor and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in behalf of the debtor in or in connection with a case under title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows: $800.00 plus filing fee of $209.00 paid, $N/A to be paid, that the source of the compensation and filing fee paid was earnings, and that the source of the compensation agreed to be paid is N/A.

I have not agreed to share this compensation with any other person. (If appropriate) The details of such sharing or agreement to share are as follows (except that no such details are required of any agreement for sharing of the compensation with a member or regular associate of the attorney's law firm):

Date: May 14 2004

JOHN H. RING III
Attorneys for Debtor(s)

CountryWide Home Loans
P.O. Box 660694
Dallas, TX 75266


Household Finance Corporation
P.O. Box 17574
Baltimore, MD 21297


Household Finance Corporation
P.O. Box 17574
Baltimore, MD 21297


Erie County Tax Department
Room 100
95 Franklin Street
Buffalo, NY 14202


GMAC Payment Processing Center
P.O. Box 51014
Carol Stream, IL 60125-1014


American General Finance
Sheridan Eggert Center
2925 Sheridan Drive
Tonawanda, NY 14150


Internal Revenue Service
Andover, MA 05501


New York State
W.A. Harriman Campus
Albany, NY 12227


Internal Revenue Service
Andover, MA 05501


Melaleuca
3910 S. Yellowstone Highway
Idaho Falls, Idaho 83402


Commercial Credit Counseling Services
95 Route 17 South - Suite 310
Paramus, New Jersey 07652

CIR Electrical Construction Corp.
2750 Kenmore Avenue
Tonawanda, NY 14150


Piotrowski Builders
38 Cove Creek Run
West Seneca, NY 14224


Talking Phone Book
1945 Sheridan Drive
Buffalo, NY 14223


LTD Commodities LLC
P.O. Box 702
Bannockburn, IL 60015


Juniper Bank
P.O. Box 8833
Wilmington, DE 19899


The Yellow Pages
P.O. Box 670528
Houston, TX 77267


Crystal Rock Bottled Water
P.O. Box 10028
Waterbury, CT 06725


Super Coups Of WNY
4232 Ridge Lea Road - Suite 22
Amherst, NY 14226


Cingular Wireless
P.O. Box 17496
Baltimore, MD 21297


Household Credit Services
P.O. Box 17051
Baltimore, MD 21297


National Fuel Gas
P.O. Box 4103
Buffalo, NY 14264


NYSEG
P.O. Box 5550
Ithaca, NY 14852

Niagara Mohawk
300 Erie Boulevard West
Syracuse, NY 13252


Lease Finance Group A Division Of CIT
233 North Michigan Avenue, Suite 1800
Chicago, IL 60601


LensCrafters
P.O. Box 710135
Cincinnati, OH 45271


Verizon
P.O. Box 15071
Albany, NY 12212


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901


Choice One Communications
P.O. Box 1927
Albany, NY 12201


Clipper Magazine
3708 Hempland Road
P.O. Box 610
Mountville, PA 17554


Mid American Specialties
P.O. Box 382127
Germantown, TN 38183


Womens & Childrens Hospital
P.O. Box 2330
Buffalo, NY 14240


Millard Fillmore Hospital
P.O. Box 2330
Buffalo, NY 14240


Overton, Russell & Doerr
P.O. Box 437
Clifton Park, NY 12065


Klub House, Inc., d/b/a Quality Day Care
Child Development Center
445 Evans Road
Williamsville, NY 14221

Thomas P. Cunningham, Esq.
1600 Liberty Building
Buffalo, NY 14202


University Ophthalmology (Pediatric)
P.O. Box 3378
Buffalo, NY 14240


Capital One Bank
P.O. Box 85147
Richmond, VA 23276


Capital One Bank
P.O. Box 85147
Richmond, VA 23276


Retriever Payment Systems
16604 S. 107th Ct.
Orland Park, IL 60467


Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101


Capital One Bank
P.O. Box 85147
Richmond, VA 23276


Household Finance Corporation
P.O. Box 17574
Baltimore, MD 21297


Radiology Associates Of Buffalo
P.O. Box 1333
Buffalo, NY 14240


Bank Of America
P.O. Box 2278
Norfolk, VA 23501


Chase Processing Center
P.O. Box 650480
Dallas, TX 75265


Discover Card
P.O. Box 15251
Wilmington, DE 19886

Paul J. Wopperer, MD PC
5214 Main Street
Williamsville, NY 14221


Evelyn Whitaker
RD 5 Box 129B
Tyrone, PA 16686


Laura Molino
99 Fox Chapel
Orchard Park, NY 14127


Tracy Iacono
25 Chatham Court
Orchard Park, NY 14127


Household Finance Corporation
c/o Woods, Oviatt Gilman LLP
700 Crossroads Building - 2 State Street
Rochester, NY 14614


Key Bank National Association
4910 Tiedeman Road
Brooklyn, OH 44144


Melvin & Melvin, PLLC
217 South Salina Street
Syracuse, NY 13202


Amherst Dental Group
777 Hopkins Road
Williamsville, NY 14221


Highlights For Children
1800 Watermark Drive
P.O. Box 269
Columbus, Ohio 43216


Lisa Piotrowski
92 East & West Road
West Seneca, NY 14224


Citi Cards
P.O. Box 45165
Jacksonville, FL 32232


Rural Metro
481 William Gaiter Parkway
Buffalo, NY 14215

University Of Buffalo Neurosurgery, Inc.
Dept. 883 - P.O. Box 8000
Buffalo, NY 14267


Household Credit Services
f/n/a Orchard Park
P.O. Box 98715
Las Vegas, NV 89193


Monogram Credit Card Bank Of Georgia
5775 Glenridge Drive
Atlanta, GA 30328


Sharinn & Lipshie, P.C.
200 Garden City Plaza - Suite 506
Garden City, NY 11530


English Park, LLC
c/o Clover Management, Inc.
1430 Millersport Highway
Williamsville, NY 14221


Mindy L. Marranca, Esq.
43 Court Street - Suite 930
Buffalo, NY 14202


Erie County Water Authority
350 Ellicott Square Building
P.O. Box 5148
Buffalo, NY 14240


Sisters Of Charity Hospital
2157 Main Street
Buffalo, NY 14214


Christopher Chiropractic Center
c/o Siegel, Kelleher & Kahn
420 Franklin Street
Buffalo, NY 14202


AT&T Universal Card
P.O. Box 8117
S. Hackensack, NJ 07606


Kaleida Radiologists
P.O. Box 32301
Hartford, CT 06150

Leisure Craft Pools
2 Lancaster Parkway
Lancaster, NY 14086


Derrick Enderby
4765 Boncrest Drive East
Williamsville, NY 14221


HSBC Bank USA
P.O. Box 2103
Buffalo, NY 14240


HSBC Bank USA
P.O. Box 37278
Baltimore, MD 21297


HSBC Bank USA
P.O. Box 4215
Buffalo, NY 14240


HSBC Bank USA
P.O. Box 2103
Buffalo, NY 14240


Scholastic, Inc.
c/o RMCB
P.O. Box 1234
Elmsford, NY 10523


St. Joseph Hospital
2605 Harlem Road
Cheektowaga, NY 14225


Windsong Radiology, P.C.
55 Sprindrift Drive
Williamsville, NY 14221


FreshBake Co.
1070 Clinton Street
Buffalo, NY 14206


Womens & Childrens Hospital OP
P.O. Box 2330
Buffalo, NY 14240


James Butters Psy.D.
37 S. Cayuga Road
Williamsville, NY 14221

Kirby Center Of Erie County
4640 Broadway
Depew, NY 14043


MFHS Physicians' Emergency Service PC
P.O. Box 8000 - Dept. 744
Buffalo, NY 14267


Franklin Credit Management Corp.
P.O. Box 197
East Liverpool, OH 43920


Brian N. Lewandowski, Esq.
721 Center Road
West Seneca, NY 14224


Moss & Sullivan, Inc.
2805 Wehrle Drive - Suite 11
Williamsville, NY 14221


Awnings Plus
553 River Road
North Tonawanda, NY 14120


Better Results Inc.
c/o CCC Of NY
P.O. Box 740
Buffalo, NY 14217